935 A.2d 1273

Stephen LATHROP and Karen A. Lathrop, Individually and as Parents and Natural Guardians of and on Behalf of Joseph S. Lathrop, a Minor, Appellants,

v.

Jason T. RUGGIANO and Northwestern Institute of Psychiatry, Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 15, 2007.

Decided Nov. 8, 2007.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.